NEAL A. FISHER JR. (State Bar No. 265596)
  nealfisher@dwt.com
KAREN A. HENRY (State Bar No. 229707)
  karenhenry@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone: (213) 633-6800
Fax: (213) 633-6899

Attorneys for Defendant
LOWE'S HOME CENTERS LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA JEAN BRYANT, an individual,<br><br>                    Plaintiff,<br><br>        vs.<br><br>LOWE'S HOME CENTERS, LLC, and DOES 1-20, Inclusive,<br><br>                    Defendants. | Case No. 2:19-cv-01743-TLN-CKD<br><br>**[PROPOSED] ORDER RE STIPULATED PROTECTIVE ORDER**<br><br>Assigned to the Hon. Troy L. Nunley |

**ORDER**

GOOD CAUSE APPEARING, the Court hereby approves the Stipulated Protective Order filed jointly by the parties on November 1, 2019.

IT IS SO ORDERED, with the following amendments and clarifications:

1. The parties shall comply with the provisions and procedures of Local Rules 140 and 141 with respect to sealing or redaction requests. To the extent that the parties' stipulation conflicts with the Local Rules, the Local Rules shall govern.

2. Prior to filing any motion related to this stipulated protective order or other discovery motion, the parties shall first exhaust informal meet-and-confer efforts and otherwise comply with Local Rule 251.

3. Nothing in this order limits the testimony of parties or non-parties, or the use of certain documents, at any court hearing or trial—such determinations will only be made by the court at the hearing or trial, or upon an appropriate motion.

4. Pursuant to Local Rule 141.1(f), the court will not retain jurisdiction over enforcement of the terms of this stipulated protective order after the action is terminated.

DATED: NOVEMBER 5, 2019

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

15 bryant1743.po