DAVID GRAULICH, ESQ. (State Bar No. 260515)
LAW PRACTICE OF DAVID GRAULICH
P.O. Box 2041
Fair Oaks, CA 95628
Telephone: (916) 966-9600
Email: david@wrongedatwork.com

Attorney for Plaintiff
SANDRA JEAN BRYANT

NEAL A. FISHER JR. (State Bar No. 265596)
  nealfisher@dwt.com
KAREN A. HENRY (State Bar No. 229707)
  karenhenry@dwt.com
DAVIS WRIGHT TREMAINE LLP
865 South Figueroa Street, 24th Floor
Los Angeles, California 90017-2566
Telephone:  (213) 633-6800
Fax:  (213) 633-6899

Attorneys for Defendant
LOWE'S HOME CENTERS LLC

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SANDRA JEAN BRYANT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>LOWE'S HOME CENTERS, LLC, and DOES 1-20, Inclusive,<br><br>Defendants. | Case No.  2:19-CV-01743-TLN (CKD)<br><br>**ORDER RE: JOINT STIPULATION TO CONTINUE DISCOVERY AND DISPOSITIVE MOTION DEADLINES**<br><br>[Filed concurrently with Joint Stipulation and Declaration of Neal A. Fisher Jr.] |

ORDER

Before the Court is the Parties' Stipulation to Continue Discovery and Dispositive Motion Deadlines. Having considered the Stipulation, and finding good cause shown, the Stipulation is hereby GRANTED.

IT IS HEREBY ORDERED THAT:

1. The fact discovery cutoff is continued to November 3, 2020.
2. The initial expert disclosure deadline is continued to January 2, 2021
3. The rebuttal expert disclosure due date is continued to February 1, 2021.
4. The last day to exchange supplemental disclosures is continued to April 2, 2021.
5. The dispositive motion filing cutoff date is continued to May 3, 2021.
6. If the parties do not intend to file dispositive motions, a Joint Notice of Trial Readiness is due March 3, 2021.

**IT IS SO ORDERED.**

DATED: July 9, 2020

Troy L. Nunley
United States District Judge

ORDER    2

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899