1  DAVID GRAULICH, ESQ. (State Bar No. 260515)
   LAW PRACTICE OF DAVID GRAULICH
2  P.O. Box 2041
   Fair Oaks, CA 95628
3  Telephone: (916) 966-9600
   Email: david@wrongedatwork.com
4
   Attorney for Plaintiff
5  SANDRA JEAN BRYANT

6

7  NEAL A. FISHER JR. (State Bar No. 265596)
     nealfisher@dwt.com
8  JIBRAUN B. RIAZ (State Bar No. 280776)
     jibraunriaz@dwt.com
   DAVIS WRIGHT TREMAINE LLP
9  865 South Figueroa Street, 24th Floor
   Los Angeles, California 90017-2566
10 Telephone:  (213) 633-6800
   Fax:  (213) 633-6899
11
   Attorneys for Defendant
12 LOWE'S HOME CENTERS LLC

13                    UNITED STATES DISTRICT COURT

14                    EASTERN DISTRICT OF CALIFORNIA

15

16 | SANDRA JEAN BRYANT, an individual, | Case No. 19-CV-01743-TLN CKD |
|---|---|
| Plaintiff, | **ORDER RE: JOINT STIPULATION TO CONTINUE DISCOVERY AND DISPOSITIVE MOTION DEADLINES** |
| vs. | |
| LOWE'S HOME CENTERS, LLC, and DOES 1-20, Inclusive, | [Filed concurrently with Joint Stipulation and Declaration of Neal A. Fisher Jr.] |
| Defendants. | |

Before the Court is the Parties' Stipulation to Continue Discovery and Dispositive Motion Deadlines. Having considered the Stipulation, and finding good cause shown, the Stipulation is hereby GRANTED as follows:

IT IS HEREBY ORDERED THAT:

1. The fact discovery cutoff is continued to May 3, 2021.
2. The initial expert disclosure deadline is continued to June 2, 2021.
3. The rebuttal expert disclosure due date is continued to August 2, 2021.
4. The last day to exchange supplemental disclosures is continued to September 27, 2021
5. The dispositive motion filing cutoff date is continued to October 28, 2021.
6. If the parties do not intend to file dispositive motions, a Joint Notice of Trial Readiness is due October 28, 2021.

IT IS SO ORDERED.

DATED: October 5, 2020

_____
Troy L. Nunley
United States District Judge

2

[PROPOSED] ORDER
4816-2793-1341v.1 0086846-000071

DAVIS WRIGHT TREMAINE LLP
865 S. FIGUEROA ST, SUITE 2400
LOS ANGELES, CALIFORNIA 90017-2566
(213) 633-6800
Fax: (213) 633-6899